PARRISH v. GRAIN DEALERS MUTUAL INS. CO.

No. 363PA88.

Case below: 90 N.C. App. 646.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 October 1988.

PEELE v. PROVIDENT MUT. LIFE INS. CO.

No. 326P88.

Case below: 90 N.C. App. 447.

Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 6 October 1988. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

POLLARD v. SMITH

No. 311PA88.

Case below: 90 N.C. App. 585.

Motion by plaintiff to dismiss appeal by Department of Crime Control for lack of substantial constitutional question denied 6 October 1988. Petition by Department of Crime Control for discretionary review pursuant to G.S. 7A-31 allowed 6 October 1988. Petition by Department of Crime Control for writ of supersedeas allowed 6 October 1988.

ROGERS v. ROGERS

No. 351P88.

Case below: 90 N.C. App. 408.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

SMITH v. SCHRAFFENBERGER

No. 336P88.

Case below: 90 N.C. App. 589.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.